UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jason D. McEVOY,<br><br>                              Petitioner,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>                              Respondents. | Case No.:  26-cv-1226-AGS-MSB<br><br>**ORDER TRANSFERRING CASE** |

Petitioner Jason McEvoy, a self-represented state prisoner, seeks habeas relief under 28 U.S.C. § 2254, but it appears he has filed this action in the wrong district. The Court thus transfers this case in the interest of justice.

Petitions for a writ of habeas corpus under § 2254 may be filed in the United States district court for the judicial district in which the petitioner either (1) is presently "in custody" or (2) was "convicted and sentenced" in state court. *See* 28 U.S.C. § 2241(d). McEvoy says he is presently confined in Riverside County, California (*see* ECF 1 at 1, 12), which is within the jurisdictional boundaries of the United States District Court for the Central District of California, Eastern Division, *see* 28 U.S.C. § 84(c)(1). While it is unclear whether McEvoy has been convicted or sentenced on either, or both, of the cases he is challenging (*see* ECF 1, at 3, 11), those state court proceedings are also in Riverside County (*id.* at 1, 3, 7-8, 11). Thus, any habeas petition should have been brought in California's Central District, not its Southern District.

When "a court finds that there is a want of jurisdiction[,] the court shall transfer the action to any other such court in which the action could have been brought 'if it is in the interest of justice.'" *Miller v. Hambrick*, 905 F.2d 259, 262 (9th Cir. 1990) (discussing 28 U.S.C. § 1631). Such a transfer is in the interest of justice because dismissal of an action that could be brought elsewhere is "time consuming and justice-defeating." *Miller*, 905 F.2d at 262 (quoting *Goldlawr, Inc. v. Heiman*, 369 U.S. 463, 467 (1962)).

1

The Clerk of Court is ordered to transfer this matter to the United States District Court for the Central District of California, Eastern Division. *See* 28 U.S.C. §§ 1631, 2241(d). The Clerk will also serve a copy of this Order upon McEvoy and upon the California Attorney General.

Dated: February 27, 2026

_____
Honorable Andrew G. Schopler
United States District Judge

2

26-cv-1226-AGS-MSB